RECEIVED
IN LAKE CHARLES, LA.

OCT 04 2016

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.2:16-cr-00130-01 |
| VERSUS | JUDGE MINALDI |
| SHAUN DAIGLE | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Shaun Daigle, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Shaun Daigle is finally adjudged guilty of the offense charged in Count One of the Indictment.

Lake Charles, Louisiana, on this _3_ day of ___Oct___, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE